1   **WO**

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                        **FOR THE DISTRICT OF ARIZONA**

8

9   **United States of America,**          )   **CR 87-319-1 PHX-RCB**
                                            )
10              **Plaintiff,**              )   **ORDER**
                                            )
11  **vs.**                                 )
                                            )
12                                          )
    **Charles R. Woolson,**                 )
13                                          )
                **Defendant.**              )
14                                          )
                                            )
15  _____    )

16      A status conference was held with the defendant present by telephonic conference and

17  counsel present in the courtroom,

18      IT IS ORDERED that the defendant, Charles R. Woolson, shall remain at FMC

19  Butner pursuant to 18 U.S.C. §4243(e) until further order of the Court.

20      IT IS FURTHER ORDERED that the staff at FMC Butner shall prepare and deliver

21  to the Court another annual forensic update regarding Charles R. Woolson  within  one (1)

22  year of this date.

23      DATED this 15th day of November, 2010.

24

25  _____
                Robert C. Broomfield
26              Senior United States District Judge

27

28  cc: all counsel, FMC Butner