**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America, ) | CR 87-00319-001-PHX-RCB |
| Plaintiff, ) |  |
| vs. ) | ORDER |
| Charles R. Woolson, ) |  |
| Defendant. ) |  |

Status conference was held on October 28, 2013 with the defendant present by telephonic conference and counsel present in the courtroom.

IT IS ORDERED that the defendant, Charles R. Woolson, shall remain at FMC Butner, pursuant to 18:4243(e) until further of the Court.

IT IS FURTHER ORDERED setting Status Conference for **Monday, October 20, 2014 at 10:00 A.M.**, in Courtroom 606, before Judge Robert C. Broomfield.

IT IS FURTHER ORDERED that the Staff at FMC Butner shall prepare and deliver to the Court another annual forensic update regarding Charles R. Woolson within fifteen (15) days prior to the 10/20/2014 Status Conference.

1   Defense Counsel shall be responsible for making arrangements for the defendant to
2 appear telephonically for this status conference and provide Court staff with contact person
3 and telephone number.
4   DATED this 28th day of October, 2013.

_____
Robert C. Broomfield
Senior United States District Judge

**cc: all counsel, FMC Butner**